In the Matter of the Amendment of Rule XIV of the Fourth Judicial Department of the Appellate Division.— Rule XIV of the Appellate Division, Fourth Department, is hereby amended so as to read as follows: "Rule XIV. Motions for reargument and leave to appeal. Motions for reargument and for leave to appeal to the Court of Appeals will be heard only on notice to the adverse party, stating briefly the ground upon which a reargument is asked, or upon which leave to appeal is desired, and such motions may be submitted upon five copies of printed or typewritten papers and briefs, stating concisely the points supposed to have been overlooked or misapprehended by the court, or the questions of law sought to be reviewed upon appeal to the Court of Appeals, with proper reference to the particular portion of the case and the authorities relied upon, with a copy of the opinion, if any, delivered by the court in deciding the case. Oral argument on such motions will not be heard, and it is unnecessary for counsel to appear on such motions. They may be submitted by mailing papers to the clerk."

Catharine A. Pendergast, as Administratrix, etc., of John J. Pendergast, Deceased, Respondent, v. The New York Central and Hudson River Railroad Company, Appellant.— Judgment and order affirmed, with costs. McLennan, P. J., Kruse, Robson and Foote, JJ., concurred; Spring, J., not sitting.

Mary Spencer, Respondent, v. Village of Salamanca, Appellant.— Judgment and order affirmed, with costs. All concurred.

Henry H. Wightman and Another, Plaintiffs, v. Delano A. Cottrell and Another, Defendants.— Reargument ordered to be heard at November term, it appearing that there were not four justices qualified to hear the cause.

Kate A. Sloan, Respondent, v. Bela R. Stone, Appellant, Impleaded with Another.— Order affirmed, with ten dollars costs and disbursements. All concurred, except Robson and Foote, JJ., who dissented.

Lillian Casey, by Charles D. Leonard, Her Guardian ad Litem, Appellant, v. Martin E. Wollf, as Executor, etc., of James D. Casey, Deceased, Respondent.— Orders affirmed, with ten dollars costs and disbursements. All concurred.

Manley J. Beardsley, as Administrator, etc., of Eliza Beardsley, Deceased, Appellant, v. Mary Ann Main and Others, Respondents. (Appeal No. 1.) — Judgment affirmed, with costs. All concurred.